**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

RACHEL CHRISTIE PIEHL

Case No: 09–36835 – DDO

Debtor(s)

Chapter 13 Case

## ORDER CONFIRMING CHAPTER 13 PLAN

It appears that the debtor(s) filed a plan, that the plan conforms to Local Rules 3015–1 through 3020–3 and Local Form 3015–1, that copies thereof were mailed to creditors that a meeting of creditors, was held, that a hearing on confirmation of the plan was held, and no objection to confirmation of the plan as filed or as modified has been made, or if made, has been withdrawn or overruled by the court.

IT IS THEREFORE ORDERED, that the plan as filed or as modified is confirmed.

Dated: 11/13/09

Dennis D O'Brien
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on November 13, 2009
Lori Vosejpka Clerk, United States Bankruptcy Court
By: barbie Deputy Clerk

**mnbocnf13nf** 12/1/2007 – kb